■ CLARENCE DIXON, JR., an Infant, by His Father and Natural Guardian, CLARENCE DIXON, et al., Respondents, v EASTERN STATE CONSTRUCTION Co., Appellant, et al., Defendants. (And a Third-Party Action.) [831 NYS2d 705]—Order, Supreme Court, New York County (Milton A. Tingling, J.), entered July 24, 2006, which granted plaintiffs' motion to reinstate the complaint, unanimously affirmed, without costs.

Plaintiff demonstrated a sufficient excuse for the delay, in that he was relying on his prior counsel's misrepresentations that the matter was progressing (*see Pagan v Estate of Anglero,*

22 AD3d 285 [2005]). Plaintiff demonstrated he had a sufficiently meritorious cause of action to warrant going forward. Concur—Andrias, J.P., Friedman, Marlow, Williams and Catterson, JJ.